IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMARA CHAMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:10CV5011 |
| | ) | |
| v. | ) | |
| | ) | |
| CABLE USA, III LLC, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The court has confirmed defendant Cable USA, III LLC made a duplicate payment of the court's filing fee when removing this case from state court.

Accordingly,

IT IS ORDERED:

1) The motion of defendant Cable USA, III LLC for refund of the duplicate filing fee, (filing no. 6), is granted.

2) The clerk shall provide a refund or credit to the defendant for the excess $350.00 paid in the manner set forth in the court's policies and procedures.

DATED this 7th day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge