IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMARA CHAMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:10CV5011 |
| | ) | |
| v. | ) | |
| | ) | AMENDED PROGRESSION ORDER |
| CABLE USA, III LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for both parties have filed a Joint Stipulation for Extension of Scheduling Order Deadlines (Filing 23). The joint motion is granted and the Memorandum and Order (filing 16) dated November 5, 2010 will be amended as follows:

a. A jury trial is set to commence on February 6, 2012 in the North Platte Courtroom, Federal Building, 300 E. 2nd Street, North Platte, Nebraska. No more than three days are allocated to the trial of this case and counsel shall plan accordingly.

b. The Pretrial Conference will be held before the undersigned magistrate judge on January 26, 2012 at 11:00 a.m. by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 25, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is extended to May 15, 2011.

d. The discovery and deposition deadline is extended to August 1, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

e. A telephonic conference with the court will be held on August 22, 2011 at 10:00 a.m. The status of case progression and potential settlement will be discussed during the conference call. Counsel for plaintiff shall place the call.

f. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is September 1, 2011.

DATED this 11th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge