IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMARA CHAMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:10CV5011 |
| | ) | |
| v. | ) | |
| | ) | |
| CABLE USA, III LLC d/b/a RCOM, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the motion (filing 32) of defendant Cable USA III, LLC, d/b/a RCOM ("RCOM"), pursuant to NECivR 7.5 and the Protective Order (filing 21), for leave to file Exhibits 1, 2, 17, 34, 35, 36, 37, 38, 40, and 42, submitted in support of its Motion for Summary Judgment (filing 29), under seal. Upon consideration, the court finds that such exhibits should be filed under seal. Accordingly,

IT IS ORDERED:

1. Defendant's Motion to File Summary Judgment Exhibits Under Seal (filing 32) is granted;

2. Defendant shall file Exhibits 1, 2, 17, 34, 35, 36, 37, 38, 40, and 42, submitted in support of its Motion for Summary Judgment (filing 29) under seal on or before September 12, 2011.

DATED this 8th day of September, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge