IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMARA CHAMBERLIN, | ) | 7:10CV5011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CABLE USA, III LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 41) and Fed. R. Civ. P. 41(a)(1), all claims in this action that were brought or could have been brought are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 24th day of January, 2012.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge